**Thomas C. GRAY, Trade Associates, Inc. and Leight Sales Company, Inc., Plaintiffs–Appellants,**

v.

**RED DEVIL, INC., Defendant– Cross Appellant.**

No. 04–1358, 04–1359.

United States Court of Appeals, Federal Circuit.

March 9, 2005.

Before MICHEL, Chief Judge, PLAGER, Senior Circuit Judge and LINN, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**James H. LUONGO, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 04–3289.

United States Court of Appeals, Federal Circuit.

March 10, 2005.

Before MICHEL, Chief Judge, RADER and SCHALL, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.